CASEY *et ux. v.* WAGNON, for use, etc.

LUMPKIN, P. J. This case upon its facts is, in principle, identical with that of *Sing Wah* v. *Singer,* 110 *Ga.* 299, and is therefore controlled by the rule therein laid down. See, also, *Blocker* v. *Boswell,* 109 *Ga.* 230; *McHenry* v. *Mays,* 110 *Ga.* 299; *Hamer* v. *White,* 110 *Ga.* 300; *Elson* v. *Saul,*

110 *Ga.* 299; *Berger* v. *Saul,* 109 *Ga.* 240; *Watson* v. *Pearre,* 110 *Ga.* 320; *Jordan* v. *Glover, McLendon* v. *Griswold,* 111 *Ga.* 806.

*Judgment reversed. All the Justices concurring.*

Submitted July 24, — Decided August 8, 1900.

Certiorari.   Before Judge Fite.   Murray superior court. August term, 1899.

*T. S. Gourdin* and *F. A. Cantrell,* for plaintiff in error. *C. N. King,* contra.

